IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TERESA M. SMITH,

     Plaintiff,

v.                                   Case No.: 1:16-cv-958

HONSTEIN OIL & DISTRIBUTING, LLC

     Defendant.

### NOTICE OF REMOVAL

Defendant Honstein Oil and Distributing, LLC (hereinafter "Honstein"), by and through its counsel of record, CHAPMAN AND CHARLEBOIS, P.C. (Nicole M. Charlebois and Jessica C. Singer) hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and in support thereof, states as follows:

1.    Plaintiff Teresa M. Smith ("Plaintiff") filed her First Amended Complaint for Negligence and Personal Injury ("Complaint") in the First Judicial District, Bernalillo County, State of New Mexico, in Cause No. D-101-CV-2016-01340 (hereinafter "State Court Action") on July 29, 2016.  (*See* Plaintiff's Complaint, attached hereto as Exhibit A).

2.    In her Complaint, Plaintiff alleges she was a resident of the State of Nevada at the time of the collision. (*Id.* at ¶ 1).

3.    Plaintiff named Defendant Honstein, as the only Defendant in Plaintiff's Complaint.

4.    Defendant asserts Honstein is a Limited Liability Corporation and is a registered business in the state of Idaho.

5.    Diversity of citizenship is present in this matter as set forth in 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(b)(2).

6.    Honstein accepted service on July 28, 2016.  (*See* Exhibit B).

7.    Less than thirty (30) days have passed since Honstein accepted service of the initial pleadings on this matter.

8.    As Honstein has accepted service and is the only defendant served in this matter, 28 U.S.C. § 1446(b)(2)(A) is satisfied.  (*See* Register of Actions for the State Court Action, hereto attached as Exhibit C).

9.    Pursuant to Plaintiff's allegations, the amount in controversy exceeds $75,000, as set forth in 28 U.S.C. §§ 1441(b)(2).

10.    Pursuant to the attached documentation from Plaintiff's counsel, dated March 22, 2016, the amount in controversy exceeds the jurisdictional amount of $75,000. *See* also, *Hanna v. Miller*, 163 F.Supp. 2d 1302, 1305-06 (D.N.M. 2001). (*See* Demand letter from Plaintiff counsel dated March 22, 2016, hereto attached as Exhibit D.)

11.    This case may be removed to this Court by Honstein pursuant to the provisions of 28 U.S.C. §§ 1441(b) and 1446.

12.    By and through this Notice of Removal, Honstein removes all claims asserted against it on the basis of diversity jurisdiction, which is conferred upon this Court pursuant to 28 U.S.C. §§ 1332 and 1441.

13.    Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being concurrently served upon the Plaintiff on this date.

14.   Pursuant to 28 U.S.C. § 1446(d), Honstein is concurrently filing a Notice of Filing of Removal in the State Court Action, a copy of which is hereto attached as Exhibit E.

15.   In addition to the Notice of Filing Notice of Removal in the State Court Action, Honstein is concurrently filing an Entry of Appearance in the State Court Action on this date, a copy of which is hereto attached as Exhibit F.

16.   Pursuant to 28 U.S.C. § 1446(a) and D.N.M.LR-Civ. 81.1(a), all process, pleadings, and orders from the State Court Action will be filed with this Court in a separate Transmittal of State Court Record within twenty-eight days (28) of this Notice.

17.   A Civil Cover Sheet for this Court is hereto attached as Exhibit G.

**WHEREFORE**, the removing Defendant gives notice the above-styled action, which was pending in the First Judicial District, Bernalillo County, State of New Mexico, as Cause No. D-101-CV-2016-01340 is removed to this Court.

Respectfully submitted,

**CHAPMAN AND CHARLEBOIS, P.C.**

*/s/Jessica C. Singer*
Nicole M. Charlebois
Jessica C. Singer
P.O. Box 92438
Albuquerque, NM 87199
505-242-6000
nicole@cclawnm.com
jessica@cclawnm.com
*Attorneys for Defendant*

I HEREBY CERTIFY that on the _25th_ day of August, 2016, I filed the foregoing electronically through CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Margaret M. Branch
Kedar Bhasker
BRANCH LAW FIRM
2025 Rio Grande Blvd., NW
Albuquerque, NM 87104
(505) 243-3500
(505) 243-3534 fax
mbranch@branchlawfirm.com
kbhasker@branchlawfirm.com
*Attorneys for Plaintiff*


*/s/Jessica C. Singer*
Jessica C. Singer

FILED IN MY OFFICE
DISTRICT COURT CLERK
7/29/2016 3:19:28 PM
STEPHEN T. PACHECO
Bernadette Hernandez

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

TERESA M. SMITH,

      Plaintiff,

vs.                             No. D-0101-CV-2016-01340

HONSTEIN OIL & DISTRIBUTING, LLC,

      Defendant.

**FIRST AMENDED**
**COMPLAINT FOR NEGLIGENCE AND PERSONAL INJURIES**

Plaintiff Teresa M. Smith, by and through her attorneys of record, the BRANCH LAW FIRM (Turner W. Branch, Margaret Moses Branch, and Kedar Bhasker) and files this First Amended Complaint for Negligence and Personal Injuries, and for her causes of action, states the following:

**PARTIES AND VENUE**

1.     Teresa M. Smith (hereinafter referred to as "Plaintiff") is a resident of Las Vegas, Clark County, State of Nevada.

2.     Honstein Oil & Distributing, LLC (hereinafter referred to as "Defendant"), at all relevant times at the time suit was commenced, is a New Mexico corporation with a principal place of business at 11 Paseo Real, Santa Fe, NM 87507.

3.     At all relevant times, the claims for relief and allegations against Defendant occurred at a Phillips 66 located at 1201 W. Santa Fe Ave., City of Grants, County of Cibola, State of New Mexico.  As owner of the Phillips 66, Defendant is responsible for the maintenance, care, and control of the parking lot and gas station area of this Phillips 66 to ensure

1



to the public that the property be free from any dangerous conditions, and to further ensure that Defendant's property is maintained for the safety and well-being of the general public.

4.      All acts complained of herein occurred in the City of Grants, County of Cibola, State of New Mexico.

5.      Jurisdiction and venue are proper with this Court pursuant to N.M.S.A. §38-3-1.

<u>**COUNT ONE – NEGLIGENCE**</u>

6.      Plaintiff hereby incorporates paragraphs 1 through 6 as if fully set forth herein.

7.      On or about February 23, 2015, while helping her friend move, Plaintiff was traveling through New Mexico when they stopped for gas in Grants, New Mexico at the Phillips 66 Gas Station, owned and operated by Defendant. While waiting for her friend to fill the vehicle with gas, Plaintiff exited the vehicle to walk her dog.  When returning to the vehicle, Ms. Smith tripped on an environmental well fill cover that was not flush with the ground. The well cover was dangerous and violated the appropriate code regulations.

8.      As a result of Plaintiff tripping and falling, she sustained serious injuries which caused her to be transported by ambulance to the Cibola General Hospital Emergency Room.

9.      At Cibola General Hospital, x-rays were taken of Plaintiff's left shoulder.  The radiology interpretation and diagnosis was humeral head fracture.   Plaintiff's left elbow was splinted and an arm sling was applied.  She was given pain medications and instructed to seek treatment from an orthopaedic specialist upon her return home to Las Vegas, Nevada.

10.      Defendant owed a duty to keep safe from and warn the Plaintiff of any and all dangerous conditions.

11.      Defendant was negligent in failing to keep the premises in a safe condition causing Plaintiff's fall.

2

12.    Defendant should have known that the protruding and unmarked well fill cover was a potential danger to visitors and customers, but Defendant did nothing to correct the dangerous condition, or alternatively, warn Plaintiff of the dangerous condition in the parking lot of the Phillips 66.

13.    As a further direct and proximate result of the negligence and/or otherwise unlawful acts or omissions  of Defendant, as alleged above, Plaintiff sustained serious and painful injuries and, as a result thereof, suffered  special and consequential damages for which Defendant is liable,  including, but not necessarily limited to reasonable compensation for pain and suffering, emotional distress, loss of enjoyment of life, loss of domestic services, reasonable and necessary past and future health care expenses and other losses.

14.    As a proximate result of the direct or vicarious negligence of Defendant, Plaintiff sustained serious personal injuries for which she has obtained and will continue to need medical care and services.

15.    Plaintiff is entitled to recover damages from Defendant for past and future medical expenses, pain and suffering, permanent injuries, loss of enjoyment of life, hedonic and other damages as may be proven before the trier of fact.

## COUNT TWO – NEGLIGENCE PER SE

16.    Plaintiff hereby incorporates paragraphs 1 through 16 as if fully set forth herein.

17.    At the time of the aforementioned collision, there were in force and effect certain International Code Council and American Nation Standards Institute (ICC/ANSI) that were violated by Defendant including, but not limited to, the following:

a.   ICC/ANSI A117.1, 303.3; and

b.   ICC/ANSI A117.1, 403.4.

3

18.     Plaintiff was in the class of persons intended to be protected by the above laws, as contemplated by the New Mexico legislature.

19.     Defendant owed a duty to Plaintiff to exercise reasonable care while maintaining the premises and to obey the laws.

20.     Defendant breached its duty of care owed to the Plaintiff and as a direct and proximate result of the negligence, negligence per se and omissions of Defendant, Plaintiff suffered serious physical injuries and pain which have required medical treatment and treatment in the future.

21.     As a direct and proximate result of the aforementioned negligence and/or omissions of the Defendant, the Plaintiff also experienced pain and suffering in an amount not presently determinable, but to be proven at trial.

### AD DAMNUM
### PUNITIVE DAMAGES

22.     Plaintiff hereby incorporates paragraphs 1 through 22 as if fully set forth herein.

23.     The acts and omissions complained of in the cause of action stated above is, upon information and belief, believed to be of such an egregious nature, in reckless, wanton and total disregard to the rights of Plaintiff, that in addition to actual damages ascertained and demonstrated by a preponderance of the evidence, that punitive damages or exemplary damages to punish and deter this type of act and omission from occurring in the future may well be appropriate.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that Judgment be entered in her favor and against Defendant in an amount to be proven at the time of trial for all of her damages, compensatory and other, including but not limited to pain and suffering, nature, extent, and duration, medical

expenses, loss of enjoyment of life, or hedonic damages, punitive damages, for costs associated with the bringing of this cause of action, for pre-judgment interest and post-judgment interest, and for such other further relief as the Court deems just and proper.

Dated this 29th day of July, 2016.

Respectfully submitted,

BRANCH LAW FIRM

By:  *Kedar Bhasker*_____
Turner W. Branch, Esq.
Margaret M. Branch, Esq.
Kedar Bhasker, Esq.
2025 Rio Grande Blvd., NW
Albuquerque, NM 87104
Telephone:  (505) 243-3500
Facsimile:  (505) 243-3534
tbranch@branchlawfirm.com
mbranch@branchlawfirm.com
kbhasker@branchlawfirm.com
Attorneys for Plaintiff

FILED IN MY OFFICE
DISTRICT COURT CLERK
8/2/2016 3:33:14 PM
STEPHEN T. PACHECO
Jessica Garcia

**STATE OF NEW MEXICO**
**COUNTY OF BERNALILLO**
**SECOND JUDICIAL DISTRICT**

**TERESA M. SMITH,**

     **Plaintiff,**

v.                         **Cause No. D-101-CV-2016-01340**

**HONSTEIN OIL & DISTRIBUTING, LLC,**

     **Defendants.**

### ACCEPTANCE OF SERVICE

Chapman and Charlebois, P.C. (Nicole M. Charlebois and Jessica C. Singer), hereby accepts service of Plaintiff's First Amended Complaint for Negligence and Personal Injuries in this matter on behalf of Defendant Honstein Oil & Distributing, LLC as of the 28th day of July, 2016.

                           Respectfully submitted

                           **CHAPMAN AND CHARLEBOIS, P.C.**

                           Nicole M. Charlebois
                           Jessica C. Singer
                           PO Box 92438
                           Albuquerque, NM  87199
                           Telephone:  (505) 242-6000
                           nicole@cclawnm.com
                           jessica@cclawnm.com
                           *Attorneys for Defendant Honstein Oil and Distributing*



EXHIBIT
B

I HEREBY CERTIFY the foregoing was served
on the following counsel of record via the
Odyssey file & Serve system and on this
_____ day of August, 2016:

Turner W. Branch
Margaret M. Branch
Kedar Bhasker
Branch Law Firm
2025 Rio Grande Blvd. NW
Albuquerque, NM 87104
505-243-3500
tbranch@branchlawfirm.com
mbranch@branchlawfirm.com
kbhasker@branchlawfirm.com
*Attorneys for Plaintiff*

Nicole M. Charlebois

2

Skip to Main Content  Logout  My Account  Search Menu  New Civil Probate Family Search  Refine Search  Back      Location : Santa Fe County      Images  Help

# REGISTER OF ACTIONS
## CASE NO. D-101-CV-2016-01340

| | | |
|---|---|---|
| Teresa M. Smith v. Honstein Oil Company, et al. | § § § § § § | Case Type: **Tort**<br>Date Filed: **05/31/2016**<br>Location: **Santa Fe County**<br>Judicial Officer: **Singleton, Sarah** |

---

### PARTY INFORMATION

| | | |
|---|---|---|
| Defendant | HONSTEIN OIL & DISTRUBUTING, LLC | **Attorneys**<br>**Nicole Marie Charlebois**<br>*Retained*<br>505-242-6000(W) |
| Defendant | Honstein Oil Company | |
| Defendant | Honstein Resources LLC | |
| Plaintiff | **Smith, Teresa M** | **Kedar Bhasker**<br>*Retained*<br>505-243-3500(W)<br><br>**Margaret Moses Branch**<br>*Retained*<br>505-243-3501(W)<br><br>**Turner W. Branch**<br>*Retained*<br>505-243-3501(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 05/31/2016 | **Cause Of Actions**<br>Action Type | Tort: Personal Injury Non Auto (Count One - Negligence)<br>Action |
| 05/31/2016 | **Cause Of Actions**<br>Action Type | Tort: Personal Injury Non Auto (Count Two - Negligence Per Se)<br>Action |
| 05/31/2016 | **Cause Of Actions**<br>Action Type | Tort: Personal Injury Non Auto (Ad Damnum Punitive Damages (against all defendants))<br>Action |
| 05/31/2016 | OPN: COMPLAINT<br>*Complaint for Negligence and Personal Injuries* | |
| 05/31/2016 | JURY DEMAND 6 PERSON<br>*Jury Demand* | |
| 05/31/2016 | SUMMONS ISSUED<br>*Summons - Honstein Oil Company* | |
| 05/31/2016 | SUMMONS ISSUED<br>*Summons - Honstein Resources, LLC* | |
| 07/29/2016 | AMENDED COMPLAINT<br>*Amended Complaint for Negligence and Personal Injuries* | |
| 08/02/2016 | ACCEPTANCE OF SERVICE<br>*Acceptance of Service* | |
| 08/02/2016 | WAIVER<br>*Waiver - Service - Honstein Oil* | |
| 08/02/2016 | CERTIFICATE OF SERVICE<br>*Certificate of Service* | |

---

### FINANCIAL INFORMATION

| | | |
|---|---|---|
| **Plaintiff** Smith, Teresa M | | |
| Total Financial Assessment | | 282.00 |
| Total Payments and Credits | | 282.00 |
| **Balance Due as of 08/15/2016** | | **0.00** |
| 06/01/2016 Transaction Assessment | | 282.00 |
| 06/01/2016 File & Serve Payment   Receipt # SFED-2016-5652 | Smith, Teresa M. | (282.00) |



EXHIBIT
**C**
tabbies

**McIntosh, Meaghan**

| | |
|---|---|
| **From:** | Kedar Bhasker <kbhasker@branchlawfirm.com> |
| **Sent:** | Tuesday, March 22, 2016 11:08 AM |
| **To:** | McIntosh, Meaghan |
| **Cc:** | Kathy Smith |
| **Subject:** | Teresa Smith |
| **Attachments:** | CME TERESA SMITH 031516.pdf |

Meaghan,

Attached please find the report of Dr. James Anthony regarding the injury sustained by Mrs. Teresa Smith.

At this time, Teresa Smith is prepared to settle this claim and forgo litigation for the amount of $150,000.00.

Thank you for your attention to this matter and please do not hesitate to contact me with any questions or concerns.



BRANCH LAW FIRM

**Kedar Bhasker**
2025 Rio Grande Blvd. NW
Albuquerque, NM 87104
505.243.3500 (o) / 505.923.4158 (d)
505.243.3534 (f)
www.branchlawfirm.com

PERSONAL & CONFIDENTIAL: This e-mail is legally privileged and covered by the Electronic Communications Privacy Act, 18 USC § 2510-21. If you have received this e-mail in error, immediately return it to the sender.

1



EXHIBIT
D

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT

TERESA M. SMITH

     Plaintiff,

v.                            Case No. D-101-CV-2016-01340

HONSTEIN OIL & DISTRIBUTING, LLC,

     Defendant.

### NOTICE OF FILING OF REMOVAL

     PLEASE TAKE NOTICE that Defendant Honstein Oil & Distributing, LLC, by and through its counsel of record, Chapman and Charlebois, P.C., (Nicole M. Charlebois and Jessica C. Singer), has filed a Notice of Removal in the United States District Court for the District of New Mexico.  A true and correct copy of the Notice of Removal, attached to this Notice as Exhibit "1" was emailed to:

Margaret M. Branch
Kedar Bhasker
BRANCH LAW FIRM
2025 Rio Grande Blvd., NW
Albuquerque, NM 87104
(505) 243-3500
mbranch@branchlawfirm.com
kbhasker@branchlawfirm.com
*Attorneys for Plaintiff*

     Respectfully submitted,

     CHAPMAN AND CHARLEBOIS, P.C.

Nicole M. Charlebois
Jessica C. Singer
P.O. Box 92438
Albuquerque, NM 87199
505-242-6000
nicole@cclawnm.com
jessica@cclawnm.com
*Attorneys for Defendant*


EXHIBIT
E

I HEREBY CERTIFY that on the 25th day of August, 2016, I filed the foregoing electronically through Odyssey File & Service, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Turner W. Branch
Margaret M. Branch
Kedar Bhasker
BRANCH LAW FIRM
2025 Rio Grande Blvd., NW
Albuquerque, NM 87104
(505) 243-3500
(505) 243-3534 fax
tbranch@branchlawfirm.com
mbranch@branchlawfirm.com
kbhasker@branchlawfirm.com
*Attorneys for Plaintiff*


Jessica C. Singer

2

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT

TERESA M. SMITH

     Plaintiff,

v.

HONSTEIN OIL & DISTRIBUTING, LLC,

     Defendant.

Case No. D-101-CV-2016-01340

## ENTRY OF APPEARANCE

     Chapman and Charlebois, P.C., (Nicole M. Charlebois and Jessica C. Singer), hereby enter their appearance on behalf of Defendant Honstein Oil & Distributing, LLC. Copies of all documents pertaining to litigation in this matter should be sent to the undersigned attorneys.

     Respectfully submitted,

     CHAPMAN AND CHARLEBOIS, P.C.

     Nicole M. Charlebois
     Jessica C. Singer
     P.O. Box 92438
     Albuquerque, NM 87199
     505-242-6000
     nicole@cclawnm.com
     jessica@cclawnm.com
     *Attorneys for Defendant*



EXHIBIT
F

I HEREBY CERTIFY that on the 25th day of August, 2016, I filed the foregoing electronically through Odyssey File & Service, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Margaret M. Branch
Kedar Bhasker
BRANCH LAW FIRM
2025 Rio Grande Blvd., NW
Albuquerque, NM 87104
(505) 243-3500
(505) 243-3534 fax
mbranch@branchlawfirm.com
kbhasker@branchlawfirm.com
*Attorneys for Plaintiff*


Jessica C. Singer

2

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

TERESA M. SMITH

**(b)** County of Residence of First Listed Plaintiff   Clark County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Branch Law Firm
2025 Rio Grande Blvd., NW
Albuquerque, NM 87104; 505-243-3500

## DEFENDANTS

HONSTEIN OIL & DISTRIBUTING, LLC

County of Residence of First Listed Defendant   Bonneville County, Idaho
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Chapman and Charlebois, PC
4100 Osuna NE, Suite 2-203
Albuquerque, NM 87109; 505-242-6000

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1   U.S. Government
Plaintiff

❏ 2   U.S. Government
Defendant

❏ 3   Federal Question
*(U.S. Government Not a Party)*

☒ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                      *and One Box for Defendant)*

|                                          | PTF | DEF |                                                    | PTF | DEF |
|------------------------------------------|-----|-----|----------------------------------------------------|-----|-----|
| Citizen of This State                    | ☒ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State                 | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country  | ❏ 3 | ❏ 3 | Foreign Nation                                     | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|--|--------------------|------------|----------------|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | | ❏ 820 Copyrights | ❏ 450 Commerce |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 460 Deportation |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | | | ❏ 790 Other Labor Litigation | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| | | | ❏ 791 Employee Retirement Income Security Act | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ❏ 895 Freedom of Information Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 950 Constitutionality of State Statutes |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❏ 1   Original
Proceeding

☒ 2   Removed from
State Court

❏ 3   Remanded from
Appellate Court

❏ 4   Reinstated or
Reopened

❏ 5   Transferred from
Another District
*(specify)*

❏ 6   Multidistrict
Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Sec. 1332, 1441(b), 1446 and 1446(b)(2)(A)
Brief description of cause:
Personal Injury

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F R Cv P

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❏ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG JUDGE

EXHIBIT
5
tabbies®